IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02164-LTB-BNB

PAULA C. TOWNSEND,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc 10 - filed March 11, 2008) is **GRANTED**. The tendered Amended Complaint is accepted for filing.

Dated: March 12, 2008
_____