IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02164-LTB-BNB

PAULA C. TOWNSEND,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, and
UNITED AIR LINES, INC.,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendants' Unopposed Motion for Leave to File the Administrative Record in Paper Form (Doc 29 - filed November 3, 2008) is **GRANTED**.

    Defendants have filed a Combined Motion and Supporting Brief for a Bench Trial on the Papers in This ERISA Case (Doc 30 - filed November 3, 2008). Plaintiff has **up to and including November 24, 2008** to file a response. Defendants have **up to and including December 4, 2008** to file a reply.


Dated: November 4, 2008
_____