IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02164-LTB-BNB

PAULA C. TOWNSEND n/k/a PAULA C. MARDIK,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, and
UNITED AIR LINES, INC.,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal (Doc 40 - filed December 17, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: December 18, 2008